UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
APR 26 2016
David J. Bradley, Clerk of Court

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| v. | § § § | CRIMINAL NO. **16 CR 0 1 5 3** |
| SAMUEL HAWKINS | § § | |

## INFORMATION

### INTRODUCTION

At all times relevant to this information:

1. Defendant, SAMUEL HAWKINS, was an employee working as a corrections officer for the Federal Bureau of Prisons at the Federal Detention Center in Houston, Texas, in the Southern District of Texas.

### COUNT ONE

On or about November 15, 2015, at the Federal Detention Center, located in Houston, Texas, within the Southern District of Texas, defendant, SAMUEL HAWKINS, an employee at the Federal Detention Center, a Federal Prison, did knowingly engage in a sexual act, with "T.P.," to wit: the penis of SAMUEL HAWKINS penetrated the opening of "T.P.'"s vagina. At the time of the sexual act "T.P." was officially detained at the Federal Detention Center, and under the custodial, supervisory or disciplinary authority of SAMUEL HAWKINS.

In violation of Title 18, United States Code, Section 2243(b).

KENNETH MAGIDSON
UNITED STATES ATTORNEY

By: _____
Andrew Leuchtmann
Assistant United States Attorney

By: _____
Ruben Perez
Assistant United States Attorney